TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
GREGG E. MARMARO (Cal. Bar No. 338627)
Assistant United States Attorney
International Narcotics, Money
 Laundering, & Racketeering Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8500
     Facsimile: (213) 894-0142
     Email:    gregg.marmaro@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SUBPOENA | No. 2:21-MJ-04903<br><br>[PROPOSED] ORDER PURSUANT TO 18 U.S.C. § 2705(B) PRECLUDING NOTICE RE: GRAND JURY SUBPOENA<br>R # 21 00431<br><br>**(UNDER SEAL)** |

    The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue a further order commanding Microsoft, Corp. (the "Provider"), a provider of electronic communication and/or remote computing services, not to notify any person (including the subscribers or customers of the account(s) listed in the in the pertinent subpoena) of the existence of the subpoena issued under number R # 21 00431 for an additional period of one year, unless authorized to do so by the Court or the United States Attorney's Office. The original non-disclosure order and grand jury subpoena are attached hereto as Exhibit A.

The Court finds that, in addition to maintaining the secrecy of the grand jury's investigation, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. See 18 U.S.C. §§ 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that the Provider shall not disclose the existence of the attached subpoena or this order to the listed subscribers or to any other person unless authorized to do so in writing by the Court or the United States Attorney's Office, for a further period of one year from the date of this Order, or such later date as may be set by the Court upon application for a further extension by the United States. Notwithstanding the prior sentence, the Provider is authorized to disclose the attached subpoena and this order to an attorney for the Provider for the purpose of receiving legal advice. Upon expiration of this order, at least ten business days prior to disclosing the existence of the subpoena, the Provider shall notify the agent identified below of its intent to so disclose:

>Special Agent Matthew Farrell
>
>Address: 222 N Pacific Coast Highway, STE 400
>          El Segundo, CA 90245
>Phone:   424-283-2438
>Email:   matthew.r.farrell@ice.dhs.gov

IT IS FURTHER ORDERED that the government's application and this order are sealed until otherwise ordered by the Court.

IT IS SO ORDERED.

_____   _____
DATE                          UNITED STATES MAGISTRATE JUDGE

Presented by:

_____
GREGG E. MARMARO
Assistant United States Attorney